BEFORE THE FIRST DIVISION, JUNE 25, 1968

**No. P68/272.**—Castelazo and Associates, a/c Marbro Lamp Company et al. *v.* United States, protests 63/11168, etc. (Los Angeles)

Watson, J. In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protests consist of wall-hanging fixtures similar in all material respects to the wrought-iron ornaments the subject of *Hensel, Bruckmann & Lorbacher, Inc* v. *United States* (47 Cust. Ct. 112, C.D. 2289) and that the items of merchandise marked "B" covered by the foregoing protests consist of wall-hanging ornaments similar in all material respects to those the subject of *Alpine Importers of Calif.* v. *United States* (55 Cust. Ct. 81, C.D. 2555), the claims of the plaintiffs were sustained.

**No. P68/273.**—Weather-Rite Sportswear Co., Inc. *v.* United States, protests 62/9533, etc. (Los Angeles).

Watson, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.

**No. P68/274.**—World Famous Sales Co. *v.* United States, protest 67/18659–1604 (Chicago).

Watson, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of synthetic rubber wader boots and synthetic rubber hunting boots similar in all material respects to the synthetic rubber articles the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.